Dismissed and Memorandum Opinion filed August 30, 2007








 

Dismissed
and Memorandum Opinion filed August 30, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01066-CR

____________

 

AMIT SURYAKANT MEHTA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
400th District Court

Fort Bend County, Texas

Trial Court Cause No.
40,721

 



 

M E M O R A N D U M   O P I N I O N

A
written motion to dismiss the appeal, personally signed by appellant, has been
filed with this Court.  See Tex.
R. App. P. 42.2.  Because this Court has not delivered an opinion, we
grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM








Judgment rendered and Memorandum
Opinion filed August 30, 2007.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.

Do not publish C Tex.
R. App. P. 47.2(b).